MARY FISHNER, Respondent, v. EMANUEL M. FISHNER, Appellant.— Order modified by reducing the amount of counsel fee to the sum of $250, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of GIOVANNI GIGLIO, Appellant, for a Peremptory Order of Mandamus against SOCIETA UNITE POTENZA LUCANIA ITALO-AMERICANA DIMUTUO SOCCORSO, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

WILLIAM STECK, Respondent, v. LOUIS BRANDT and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of Supplementary Proceedings: FREDERICK C. REYNOLDS and Another, Judgment Creditors, Respondents, v. WILLIAM F. KIP and Others, Judgment Debtors; GEIGY COMPANY, INC., Third Party, Appellant.— Order modified by eliminating provision for production of books and records, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LOUISE DINEHART, Respondent, v. ALLAN DINEHART, Appellant.— Order modified by increasing the amount of alimony to the sum of $150 per week, reducing counsel fee to the sum of $1,500, striking out direction for a reference and bond, and directing a preference for the trial of the issue forthwith, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

FLORINDO S. POLO v. CHARLES F. NOYES COMPANY, INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

NATIONAL BANK OF NORTH HUDSON v. ROBERT H. KENNEDY and Others.— Motion to dismiss appeal denied, with leave to renew if the appeal be not prosecuted with the utmost diligence. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of CONTINENTAL REALTY CORPORATION for an Order Discharging a Certain Mechanic's Lien against Real Property Filed by WALTER W. AHLSCHLAGER.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of MARY R. BEERS, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.